UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| JERRY J. NAPOLEON | NO.: 3:08-cr-00032-BAJ |

RULING AND ORDER

Before the Court are Petitioner's *pro se* motions styled **MOTION FOR CONCURRENT SENTENCE (Doc. 7)** and **MOTION TO QUASH (Doc. 8)**. In effect, each motion seeks an order stating that the term of imprisonment Petitioner is *currently* serving in Louisiana state prison for simple robbery and resisting an officer in violation of Louisiana law should be credited against the *impending* revocation of his federal term of supervised release. (*See* Doc. 7 at p. 1 (requesting that the Court "run his, [sic] Federal sentence . . . Concurrently [sic] with his East Baton Rouge Parish sentence"); Doc. 8 at p. 1 (requesting "for this honorable court to 'Quash' the remaining Five (5) months and fiftheen [sic] day [sic] under due process of law 'credit' for time served")).

Petitioner's motions will be denied as premature because, as of now, this Court has *not* yet made a determination regarding whether to revoke Petitioner's federal term of supervised release. Instead, this Court has merely issued a warrant for Petitioner's arrest based on information that Petitioner violated the terms of his federal supervised release by, among other things, committing the offenses for which he is now imprisoned by the state of Louisiana. (*See* Doc. 5 at p. 5

(Magistrate Judge's Order issuing warrant for Petitioner's arrest for violating the terms of his supervised release); *see also* Doc. 6 at p. 3 (Magistrate Judge's Order declining to take additional action in Petitioner's case because the "Court previously ordered [a] warrant issued on August 10, 2010")). Only *when* Petitioner has served his state sentences, *and if* this Court decides to revoke the terms of Petitioner's federal supervised release, will there ground for arguing that Petitioner's revocation should run concurrent with his state sentences.

Accordingly,

**IT IS ORDERED** that Petitioner's **MOTION FOR CONCURRENT SENTENCE (Doc. 7)** and **MOTION TO QUASH (Doc. 8)** are each **DENIED WITHOUT PREJUDICE** to Petitioner's right to refile, once this Court undertakes to determine whether to revoke the terms of Petitioner's federal supervised release.

Baton Rouge, Louisiana, this 22nd day of April, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**